UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Juan Ramon Flores Becerra,          Case No. 4:24-cv-2262

       Petitioner

v.             DISMISSAL ORDER

Warden Ian Healy,

       Respondent

*Pro se* Petitioner Juan Ramon Flores Becerra, a prisoner at FCI Elkton, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. Because he did not pay the filing fee or submit an application to proceed *in forma pauperis*, he was ordered on February 24, 2025, either to pay the filing fee of $5 or to submit an application to proceed *in forma pauperis* within 30 days in order to proceed with the case. (*See* Doc. No. 3.) The order expressly notified Petitioner that his action was subject to dismissal if he failed to comply.

Although more than thirty days have passed, the docket does not indicate that Petitioner has complied with the court's deficiency order. Accordingly, this action is hereby dismissed without prejudice for want of prosecution. *See Gravitt v. Tyszkiewicz*, 14 F. App'x 348 (6th Cir. 2001) (affirming dismissal of habeas petition where petitioner failed to comply with court's deficiency order requiring him to pay the filing fee or a proper application to proceed *in forma pauperis*). I further certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

So Ordered.

                                                       s/ Jeffrey J. Helmick
                                                       United States District Judge